CLARENCE E. EVANS, an Infant, by EDWARD EVANS, His
Guardian ad Litem, Appellant, *v.* EASTMAN KODAK
COMPANY, Respondent.

*Evans* v. *Eastman Kodak Co.*, 143 App. Div. 958, affirmed.
(Argued June 7, 1911; decided June 16, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 21, 1911, affirming a judgment in favor
of defendant entered upon a verdict directed by the court
in an action to recover for personal injuries alleged to

have been sustained by plaintiff through the negligence of defendant, his employer.

*George D. Reed* for appellant.

*George A. Carnahan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK and COLLIN, JJ. Not sitting: WERNER, J.